IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 8:04CR447 |
| vs. | |
| RICARDO BARRAZA, | ORDER TO SHOW CAUSE |
| Defendant. | |

The records of the Court show that on October 7, 2019, a letter (Filing No. 213) was mailed from the Office of the Clerk directing J. Bruce Teichman to pay the Biennial Assessment fee required by the court pursuant to NEGenR 1.7(h) within 15 days. The above attorney has not complied with the letters from the Clerk of Court. Accordingly,

**IT IS ORDERED** that on or before December 2, 2019, the attorney listed above shall either comply with the request set forth in the letters from the Clerk of Court, or show cause by written affidavit why he cannot comply with the rules of the Court. Failure to comply with this order will result in the attorney being removed as counsel of record.

Dated this 15th day of November, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge