IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RICARDO BARRAZA, <br><br> Defendant. | 8:04–CR–447 <br><br> ORDER DENYING MOTION TO RECONSIDER |

On April 26, 2024, the Court issued an order denying Defendant Ricardo Barraza's *pro se* Motion to Reduce Sentence and granting his court-appointed counsel leave to withdraw. [Filing 276](). On May 6, 2024, Barraza submitted a *pro se* filing captioned, "Objection/Reconsideration on Withdrawing Counsel and Denying Motion." [Filing 277](). In this submission, Barraza contends that he does not have any criminal history points and that this Court's prior Order denying his Motion for a Sentence Reduction was therefore incorrect. [Filing 277 at 1](). Barraza claims to support his position with an uncertified and unauthenticated print-out titled, "MALE CUSTODY CLASSIFICATION FORM" dated November 30, 2023. [Filing 277 at 3](). The hyperlink at the bottom of this document suggests that it was generated by the Bureau of Prisons. [Filing 277 at 3]().

While this document states that Barraza has zero criminal history points, his Revised Presentence Investigation Report does not. *Compare* [Filing 277 at 3]() *with* [Filing 250 at 11](). According to the Revised Presentence Investigation Report, Barraza was assessed one criminal history point based upon his state court conviction for Assault by Mutual Consent. [Filing 250 at 11](). The United States Probation Office confirmed this as well when it completed its "2023 Amendment 821 Retroactive Sentencing Worksheet" on April 25, 2024. [Filing 275](). Barraza's Motion for Reconsideration therefore lacks merit because U.S.S.G. § 4C1.1 is premised upon what is reflected in the Presentence Investigation Report—not upon information contained in some other

1

system of records that may fail to accurately reflect what is in the Presentence Investigation Report. The Court's original Order, Filing 276, remains in effect. Accordingly,

IT IS ORDERED: Ricardo Barraza's *pro se* Motion to Reconsider, Filing 277, and all relief requested therein is denied.

Dated this 7th day of May, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge